IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN LOPEZ,

    Plaintiff,

v.                                                                                                                                                                                   No. 1:24-cv-0653 SMD/KRS

ALISHA TAFOYA, *et al.*,

    Defendants.

## ORDER TO CURE DEFICIENCY

    This matter is before the Court on Plaintiff's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, (Doc. 3), ("Motion"). The Motion does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2). Plaintiff shall cure this deficiency within thirty (30) days of entry of this Order. All filings should include the case number (No. 24-cv-0653 KWR/KRS) and be labeled as legal mail. The failure to timely comply with this Order may result in dismissal without further notice.

    **IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall submit an inmate account statement reflecting transactions for a six-month period.

    IT IS SO ORDERED this 17th day of January, 2025.

                                                    _____
                                                  KEVIN R. SWEAZEA
                                                 UNITED STATES MAGISTRATE JUDGE