IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN LOPEZ,

    Plaintiff,

v.                                                                                     No. 24-cv-0653 SMD/KRS

ALISHA TAFOYA, *et al.*,

    Defendants.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

    IT IS ORDERED, ADJUDGED, AND DECREED that this civil action is DISMISSED without prejudice.

_____

UNITED STATES DISTRICT JUDGE